1 So.2d 602

**Arlie JACKSON et al. v. STATE.**

**8 Div. 110.**

Supreme Court of Alabama.

April 10, 1941.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the petition.

Wm. Stell, of Russellville, opposed.

GARDNER, Chief Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Jackson et al. v. State, 1 So.2d 601, wherein a judgment of conviction of unlawfully gaming on Sunday was reversed.

Writ denied.

BOULDIN, FOSTER, and LIVINGSTON, JJ., concur.